UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALAN SIMMONS
04778-082
F.C.I. SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA 17954

(Enter your full name, prison number
and address)

v.

PAULA WOLFF
MAUREEN KILLIAN
SUSAN ST. CLAIRE
LISA KAHN
KIMBERLY LORENTZ

(Enter the full name and address(es),
if known, of defendant(s) in this
action)

CIV    Case: 1:08-cv-00511
(To    Assigned To : Bates, John D.
Dis    Assign. Date : 3/24/2008
       Description: Pro Se General Civil

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $150.00.. If insufficient funds exist in your prison account at the time of filing your complaint, the court must assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1)   the average monthly deposits to your prison account, or
(2)   the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**
FEB 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

1

## ATTACHMENT A

### Name And Addresses Of Defendants

1) Paula Wolff: U.S. Dept. Of Justice
Criminal Division
Office Of Enforcement Operations
10th and Constitution Ave., NW
International Prisoner Transfer Unit
John C. Keeney Bldg., 12th Flr.
Wash., DC 20530

2) Maureen Killian: Same Address As Above

3) Susan St. Claire: Same Address As Above

4) Lisa Kahm: Same Address As Above

5) Kimberly Lorentz: The Canadian Consulate General
3000 HSBC Center
Buffalo, New York 14208-2884

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you **must** submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

I.  **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  **PREVIOUS LAWSUITS**

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes (X)    No ( )

C.  If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit.

    Plaintiffs: ALAN SIMMONS

    Defendants: MICHAEL NALLY ETAL

2.  Court (if federal court, name the district; if state court, name the county) NORTHERN DISTRICT OF NEW YORK

3.  Docket number 9:03-CV-1093

4.  Name of judge to whom case was assigned CHIEF JUDGE SCULLINS

-3-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **STILL PENDING**

6. Approximate date of filing lawsuit: **SEPTEMBER 2003**

7. Approximate date of disposition: **NOT KNOWN**

## III. PLACE OF CONFINEMENT

**FEDERAL CORRECTIONS INSTITUTION SCHUYLKILL**

A. Is there a prisoner grievance procedure in this institution?   Yes (✓)   No ( )
   If your answer is Yes, go to Question III B. If your answer is No, skip Question III B,C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( )   No (✓)

C. If your answer is Yes to Question III B;

   1. To whom and when did you complain? **MRS DARRAH - UNIT MANAGER 06/18/04 AT F.C.I. RAYBROOK, NEW YORK.**

   2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (✓)   No ( )

   3. What, if any, response did you receive? (Furnish copy of response, if in writing.) **OFFICE OF ENFORCEMENT OPERATIONS IN WASHINGTON, D.C. GRANTS OR DENIES ALL INMATE TRANSFERS.**

   4. What happened as a result of your complaint? **NO RESOLUTION**

D. If your answer is No to Question III B, explain why not. **THERE IS NO PROCEDURE THAT CAN DEAL WITH PRISONER TRANSFERS AT THE INSTITUTION LEVEL**

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (✓)   No ( )

F. If your answer is Yes to Question III E;

-4-

1. To whom and when did you complain? MRS. DARRAH - UNIT MANAGER 06/18/04 - AT F.C.I. RAYBROOK, NEW YORK
2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)
3. What, if any, response did you receive? (Furnish copy of response if in writing) ENCLOSED - ATTACHMENT 'B'
4. What happened as a result of your complaint? CAN NOT BE RESOLVED AT INSTIYUTION LEVEL - WASHINGTON (O.E.O.) GRANTS OR DENIES ALL PRISONER TRANSFERS

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: SEE PAGES 6 TO 10
   Address: _____

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: _____ is employed as _____ at _____
   Address: SEE PAGES 6 TO 10

   Defendant: _____ is employed as _____ at _____
   Address: _____

   Defendant: _____ is employed as _____ at _____
   Address: _____

   Defendant: _____ is employed as _____ at _____
   Address: _____

## Jurisdiction

1)      Jurisdiction is proper, as pursuant to 28 USC § 1331 ,in that this action arises under federal law, etc.

## Parties

2)      Plaintiff, **Alan Simmons**, is a Canadian Citizen and federal prisoner first held at Federal Correctional Institution, Ray Brook ("Ray Brook"), P.O. Box 9009, Ray Brook, NY 12977. This being from March 22, 2002 until Oct. 28, 2005, and now as held at Federal Correctional Institution Schuylkill ("Schuylkill") of P.O. Box 759 in Minersville, Pa. 17954.

3)      Defendant Maureen Killian was and is the Director Of International Transfers Of Prisoners Unit, at the Office Of Enforcement Operations, John C. Keeney Bldg., Wash., DC 20530 and is involved in the decision to grant or deny all prisoner transfers. Killian is being sued in her official and individual capacities.

4)      Paula Wolff is the Chief Of Prisoner Transfer Unit at the Office Of Enforcement Operations, John C. Keeney Bldg., Washington, D.C. 20530, and is involved in deciding to deny or grant prisoner transfers and she also signs all denial letters. Wolff is being sued in her official and individual capacities.

5) Susan St. Claire is a Case Manager for The International Prisoner Transfer Unit, at The Office Of Enforcement Operations, John C. Keeney Bldg., Wash., DC 20530, and is involved in deciding to deny or grant a prisoner transfer. St. Claire is being sued in her official <u>and</u> individual capacities.

6) Lisa Kahm is a Case Manager for International Prisoner Transfer Unit, John C. Keeney Bldg., Wash., DC 20530, and is inviolved in the decision of either denying or granting prisoner transfers. Kahm is being sued in her official <u>and</u> individual capacities.

7) Kimberly Lorentz is the ; Plaintiff's Advocate as employed at The Canadian Consulate General, 3000 HSBC Center, Buffalo, NY 14203-2884, and she is the Plaintiff's <u>sole</u> <u>contact</u> for the allegations of inhumane treatment, or as to any conflict between the Plaintiff, an extradited Canadian Citizen, and the U.S. Dept. Of Justice of which The Enforcement Operations Office in Washington, D.C. is a part. Lorentz, as an American Citizen, has lodged <u>no</u> complaint with or regarding the <u>repeated</u> <u>denial</u> of and for the Plaintiff, **Simmons** and his transfer to his home country (Canada) with The Office Of Enforcement Operations, and she is furthermore agreeing with **Simmons** being held, needlessly in a foreign country. Lorentz is being sued in both her official <u>and</u> individual capacities.

-7-

## Statement Of Claim

8)      Plaintiff; **Simmons**, is a Canadian Citizen, extradited from Canada to the United States on June 24, 2001, whereupon the Plaintiff was sent to F.C.I. Ray Brook on or about the 22nd of March in the year 2002. Plaintifff was then transferred to F.C.I. Schuylkill on Oct. 28, 2005 for supposedly health-care related treatment purposes, as F.C.I. Schuylkill is classified internally by the Bureau Of Prisons as a "chronic-care/health-care" facility, etc.

9)      Plaintiff has been denied legally when an appeal of sentence was before the courts, and when an enhancement issue was also then before the Sentencing Court itself. These appeal(s) are now finished and have been since November of 2006. Plaintiff, **Simmons** was made to wait from November of 2006 until September of 2007 to re-apply for transfer, knowing that a denial would again be given.

10)     Plaintiff has not been given a reasonable decision for a "denial", as the crime in question here had <u>nothing</u> to do with American Citizens, and the Plaintiff also meets The Office Of Enforcement Operations Guidelines and Criteria for transfer to Canada.

11)     The Defendants are obviously making their decision(s) as based solely upon their personal hatred of Plaintiff, **Simmons** and in thereby denying his transfer, while subjecting the herein Plaintiff to "cruel and unusual punishment" in violation of the Eigth Amendment of The U.S. Constitution.

12)     Plaintiff is being held in a foreign country, with NO family visits, or any chance of family visits (from wife, children and wherein due to these same conditions, Plaintiff has extremely limited contact with family), and wherein Plaintiff has NO attachment(s) to The United States itself in any form whatsoever.

13)     Plaintiff has been denied a right of re-consideration in every denial letter issued to date, which is something that everyone is entitled to.

14)     Plaintiff, as a foreign citizen, can not progress rehabilitatively through the existing Bureau Of Prisons (BOP) system for offenders [i.e. Progressing to "Low"; "Camp" , etc. Security Classification States) as an INS DETAINER prevents this, and the Plaintiff will be summarily deported to Canada as a result. Other B.O.P. inmates can receive the aforementioned benefits; of "Camp", etc.

15)     Plaintiff <u>can</u> <u>not</u> <u>be</u> re-integrated back into society (Canadian, or any) by being held in the U.S. until his sentence is completed. Other inmates in the B.O.P. system receive the benefit of "re-integration"; Half-Way House placement, and introductory work

or transitional possibility, etc. for their persons and situations.

16)     The Plaintiff, **Simmons** will be released in August of the year 2012; penniless, disabled [With documented B.O.P. work assignment related back injuries] at the age of sixty-one (61) and being unable to work. All as by being heretofore denied a a transfer to Canada and any rehabilitation and re-integration so afforded there back into society. No other inmates in the Bureau Of Prisons system get this type of disadvantageous and prejudicial treatment.

17)     The Defendants are well-aware of the Plaintiff's deteriorating health state [ As due to strokes, and to include dangerous and sudden blood pressure drops; back injuries as described and as procedent from forced, slave-labor within the B.O.P., and with no medical treatment for any of these problems being rendered or received, etc.] yet ignore and discount same.

18)     Said Defendants as named are determined to keep the Plaintiff, **Simmons** in the United States by denying him a transfer for effectively another five(5) years, trying to cause Plaintiff's death, because of their personal hatred for Plaintiff, etc. Everything in this claim is contrary to and against the U.S. Eigth Amendment; as "cruel and unusual punishment", and whereas the Plaintiff, **Simmons** is being treated markedly different from other inmates in the Buearu Of Prisons (BOP) by the also denial of a transfer to Canada.

## Relief Sought

19)     Grant **Punitive Damages** of US $ 50,000,000.00 [Fifty-Million Dollars] to the Plaintiff, **Simmons**;

20)     While also granting **Compensatory Damages** in the amount of US $ 5,000.00 [Five-Thousand Dollars] for each and every month that the herein noted Plaintiff is held in the United States from the date of his Letter Of Denial (for transfer) as noted on Oct. 9th, 2007.

21)     Grant Plaintiff an **immediate transfer** to Canada;

22)     With this court **to order and initiate a formal investigation of the Office Of Enforcement Operations personnel,** for and as related to the coercion of cash payments, as solicited from foreign nationals, and for expedient prisoner transfer to their corresponding countries, as conducted illicitly and in violation of law by **Paula Wolff** and **Sylvia Royce, Attorney** as to Prisoner Transfer Applicants. [i.e. With Paula Wolff; Chief Of International Prisoner Transfer Unit and Sylvia Royce as a Wash., D.C. Attorney, etc.]

23)     Grant Plaintiff; Simmons an **Injunction** against retaliation from The Bureau Of Prisons (B.O.P.) for his having filed this Complaint. Protecting against such potential threats as; unnecessary transfers (i.e. "Diesel Therapy"), so as to prevent the Plaintiff from filing appropriate and timely motions to the courts, etc. Likewise explicitly prohibiting via Injunction and Order; unnecessary and punitive searches and seizures as to his person and belongings and housing, as could be equally used to harrass said Plaintiff for the filing of this suit.

I declare under penalty of perjury via 28:1746 that the foregoing is true and correct:

Signed On This 7TH Day Of JAN , 2008

*Alan Simmons*

Alan Simmons, Pro-Se  REG # 04778-082
PLAINTIFF

*Alan Simmons     Pro-Se*

Alan Simmons, Pro-Se   REG# 04778-082, Plaintiff

*DENIED CANADIAN TRANSFER*

**FEDERAL CORRECTIONAL INSTITUTION**  RBK-1330.13C
**Ray Brook, New York**  Attachment A
**INFORMAL RESOLUTION**

Name: SIMMONS, Alan    Reg. No.: 04778-082    Unit: GENESEE (B)
Date: 06-14-2004    Counselor: D.P. Snyder, C/C

Part A - Inmate Request/Issue  I NEED AN ANSWER ON WHO DENIED MY TRANSFER TO CANADA; BOP RAYBROOK, OR WASHINGTON? MRS. MASON CAN SUPPLY THIS ANSWER.

Part B - Referred To:

| PROGRAMS | OPERATIONS | UNICOR |
|---|---|---|
| CASE MANAGEMENT COORD. ☐ | CAPTAIN ☐ | FACTORY MANAGER ☐ |
| INMATE SYSTEMS MGR. ☐ | SIS LT. ☐ | BUSINESS MANAGER ☐ |
| INMATE SYS. SUPERVISOR ☐ | PROPERTY LT. ☐ | SYSTEMS ADMINISTRATOR ☐ |
| CHIEF PSYCHOLOGIST ☐ | CONTROLLER ☐ | QUALITY ASSURANCE MGR. ☐ |
| DRUG PROGRAM COORD. ☐ | TRUST FUND SUPERVISOR ☐ | |
| CHAPLAINCY SERVICES ☐ | FOOD SVC. ADMIN. ☐ | **ADMINISTRATIVE** |
| SUPERVISOR EDUCATION ☐ | HEALTH SERVICES ADMIN. ☐ | EXECUTIVE ASSISTANT ☐ |
| SUPERVISOR RECREATION ☐ | CLINICAL DIR. ☐ | COMPUTER SERVICES MGR. ☐ |
| VOL/INMATE COORDINATOR ☐ | ASST. HSA ☐ | DISCIPLINE HEARING OFF. ☐ |
| **UNIT MANAGER** ☒ | CHIEF DENTAL OFFICER ☐ | PARALEGAL SPECIALIST ☐ |
| CASE MANAGER  A OR B ☐ | PHARMACIST ☐ | |
| COUNSELOR  A OR B ☐ | HUMAN RESOURCES MGR. ☐ | **OTHER** |
| UNIT SECRETARY ☐ | FACILITY MANAGER ☐ | PLEASE SPECIFY: |
| | GENERAL FOREMAN ☐ | |
| UNIT GENESEE | EMPLOYEE DEVELOPMENT MGR ☐ | ☐ |
| | SAFETY MANAGER ☐ | ☐ |

Ms. B. Darrah, U/M

Part C - Informal Resolution Attempt

☐ Issue Resolved/Relief Granted    - ☐ Comments on back.
☐ Issue Unresolved/No Relief Granted - ☐ Comments on back.
☐ Unable to address issue/Referred to _____

By: _____    Date: _____

08 0511

Second Informal Resolution Attempt

☐ Issue Resolved/Relief Granted    - ☐ Comments on back.
☐ Issue Unresolved/No Relief Granted - ☐ Comments on back.
☐ Unable to address issue/Referred to _____

By: _____    Date: _____

**FILED**
MAR 24 200[?]
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reviewed: B. Darrah, UM    Unit Manager    Date: 6/18/04
         B. Darrah, UM

| Counselor's Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 days | Form Issued | BP-9 Issued | BP-9 Returned |
| GEN-B-0157 | | | 06/14/2004 06/21/2004 | | |

TO UM: B. Darrah    TO CEO: _____



ATTACHMENT B

UNITED STATES GOVERNMENT
# MEMORANDUM
FCI RAY BROOK, NEW YORK

**DATE:** June 18, 2004

**REPLY TO ATTN OF:** B. Darrah, Genesee Unit Manager

**SUBJECT:** Inmate Request to Staff Member

**TO:** Simmons, Alan
Reg. No. 04778-082

I am in receipt of your Informal Resolution dated June 14, 2004. In it, you are requesting to know who denied your treaty transfer fo Canada.

All treaty transfers are submitted to, reviewed, and either approved or denied by the Office of Enforcement Operations in Washington, DC.

I hope this response addresses your concern.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-511

## I (a) PLAINTIFFS
ALAN SIMMONS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 04778-082

## DEFENDANTS
PAULA WOLFF, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

Case: 1:08-cv-00511
Assigned To : Bates, John D.
Assign. Date : 3/24/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)


⑦

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
■ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ■ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ■ NO   If yes, please complete related case form.

**DATE** 3.24.08   **SIGNATURE OF ATTORNEY OF RECORD**

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

  IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

  VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

