Leave to file GRANTED

John D. Bates 4/15/08
John D. Bates
United States District Judge

5 APR. 2008.

CLERK OF THE COURT,

THURSDAY THE 4TH OF APRIL, JDB I SERVED ALL CONCERNED IN THIS MATTER 1:08-CV-00511; SIMMONS VS. PAULA WOLFF, ET AL. THE EXHIBIT IS ENCLOSED OF THE CERTIFIED MAIL RECEIPT.

THE SAME DAY, I WAS NOTIFIED I WOULD BE TRANSFERRED TO F.C.I. LORETTO P.A., ON MONDAY THE 7TH APRIL. THE B.O.P. OBVIOUSLY GOT WORD THAT THIS COMPLAINT WAS COMING. THAT IS WHY, IN THE ORIGINAL COMPLAINT I ASKED FOR AN INJUNCTION AGAINST INVOLUNTARY TRANSFERS, SO I WOULD BE ABLE TO ANSWER DEFENDANTS, AND FILE MOTIONS.

I COULD BE TRANSFERRED ALL OVER THE COUNTRY FOR THIS REASON TO PREVENT RESPONSE.

COULD YOU CONTACT JUDGE BATES TO FIND OUT WHAT MY BEST TO PROCEED. IS A STAY OF PROCEEDINGS NEEDED UNTIL MY LOCATION IN THE B.O.P. IS DEFINED AND STABLE.

THE RETURN ADDRESS CARDS FOR ALL PERSONS SERVED, IS RETURN ADDRESSED TO ME AT F.C.I. SCHUYLKILL, BUT I WON'T BE HERE! HOW TO DEAL WITH THIS

Sincerely,
Alan Simmons

B.O.P. REG. NO. 04778-082

RECEIVED
APR - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALAN SIMMONS

REG# 04778-082

INMATE FEDERAL BUREAU OF PRISONS

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON D.C. 20001

Dated: APR. 5TH 2008

**N O T I C E:**

TO WHOM IT MAY CONCERN:

Please be advised that in my position as a federal inmate that I was recently involuntarily transferred to another facility within said system, its address to be determined upon my arrival there.

And to facilitate communication in relation to the pending matter of: CIVIL ACTION NO 1:08-CV-00511 SIMMONS VS PAULA WOLFF ET AL.

as involving your locale and correspondence thereto for same, that I have sent this advisement and notice of my change of address. Please use, affix and otherwise employ my new address as listed above for all such related communications to this matter as they may occur from this date on. Formerly I was located at FCI Schuylkill POB 759 Minersville, Pa. 17954 USA. This address is no longer valid. Thanking you for your kind attention and compliance with this advisement, I remain ...

Most Respectfully Yours,

Alan Simmons

Alan Simmons REG# 04778-082

F.C.I. LORETTO
772 ST. JOSEPH AVE.
LORETTO, PA. 15940

EXHIBIT: Alan Simmons REG# 04778-082

[Images slightly reduced for clarity and convenience]

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7007 0220 0001 7903 1427

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: KIMBERLY LORENTZ
Street, Apt. No.; or PO Box No.: 3000 HSBC CENTER
City, State, ZIP+4: BUFFALO, N.Y. 14208
PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7007 0220 0001 7903 1366

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: U.S. ATTORNEY GENERAL D.O.J.
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE N.W
City, State, ZIP+4: WASHINGTON D.C. 20530
PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7007 0220 0001 7903 1335

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: MAUREEN KIALIAN D.O.J. O.E.O.
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE.
City, State, ZIP+4: WASHINGTON D.C. 20530 N.W
PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7007 0220 0001 7903 1359

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: LISA KAHM D.O.J.-O.E.O N
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE
City, State, ZIP+4: WASHINGTON D.C. 2053[0]
PS Form 3800, August 2006 See Reverse for Instructions

OFFICIAL USE

7007 0220 0001 7903 [

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: SUSAN ST. CLAIRE D.O.J. N.W O.E.O
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE
City, State, ZIP+4: WASHINGTON D.C. 20530
PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7007 0220 0001 7903 1410

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: PAULA WOLFF D.O.J.-O.E.O.
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE NW
City, State, ZIP+4: WASHINGTON D.C. 20530
PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7007 0220 0001 7903 1342

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: U.S. ATTORNEY
Street, Apt. No.; or PO Box No.: 555-4TH STREET N.W
City, State, ZIP+4: WASHINGTON D.C. 20001
PS Form 3800, August 2006 See Reverse for Instructions

