UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAN SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-cv-0511(JDB) |
| PAULA WOLFF, ET AL. | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Paula Wolff, Maureen Killian, Susan St. Claire and Lisa Kahm (collectively "Defendants"), in their official and individual capacities, respectfully request an enlargement of time for Defendants to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due June 9, 2008. Defendants request to and including August 4, 2008, for all Defendants to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, attempts to bring this action alleging constitutional claims.[1] Accordingly, the individual federal Defendants sued may request legal representation by the Department of Justice ("DOJ"). 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ, if the request is approved, this Office would likely be appointed as counsel. The process begins, however, with a request from the federal employees and their respective agency. That process is underway for all Defendants. This

---

[1] By way of this motion for an extension of time, the individual federal defendants do not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit, and all such defenses are expressly preserved.

enlargement will enable time to obtain approval for all named Defendants and the filing of a single response for all.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply to this motion.[2]

June 6th, 2008                                                                 Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　 /s/_____
　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　 /s/_____
　　　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. – Civil Division
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

on this 6th day of June, 2008        _____/s/_____
                                     KENNETH ADEBONOJO
                                     Assistant United States Attorney