UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAN SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:08-CV-00511-JDB |
| | ) | |
| PAULA WOLFF, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of Defendant Kimberly Lorentz's Motion to Dismiss for Improper Service of Process and the entire docket in this case, it is HEREBY ORDERED that Defendant's Motion is GRANTED, and Plaintiff's Complaint against Defendant Kimberly Lorentz and the Government of Canada is DISMISSED.

Dated: June _____, 2008

_____
John D. Bates
UNITED STATES DISTRICT JUDGE

Copies to:

Alan Simmons
04778-082
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954

Campbell Killefer
VENABLE LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601

Kenneth Adebonojo
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20035