**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALAN SIMMONS,**<br><br>Plaintiff,<br><br>v.<br><br>**PAULA WOLFF, ET AL.**<br><br>Defendants. | Civil No. 1:08-CV-00511-JDB |

**NOTICE REGARDING SERVICE OF DEFENDANTS' MOTION TO DISMISS ON PLAINTIFF**

Defendant Kimberly Lorentz and the Government of Canada, by and through counsel, submit this notice to inform the Court of their attempts properly to serve a copy of their Motion to Dismiss for Improper Service of Process on Plaintiff Alan Simmons ("Mr. Simmons"). This notice was prompted by the service copy sent to Mr. Simmons being returned as "Refused" (see "returned to sender" envelope attached hereto as Exhibit 1).

On June 12, 2008, counsel for Ms. Lorentz and the Government of Canada filed the Motion to Dismiss for Improper Service of Process electronically with the Court. See Docket Entry 4. Defendants also sent a hard copy of the motion and accompanying documents via U.S. mail to Mr. Simmons at F.C.I. Shuylkill, the address listed in his complaint. However, on June 24, 2008, Defendants received information that delivery of these documents was refused. See scan of envelope marked "returned to sender," attached as Exhibit 1.

Upon investigation on the Bureau of Prisons website and a call to F.C.I. Schuylkill, Defendants discovered that Mr. Simmons had been transferred to F.C.I. Loretto. This was subsequently confirmed by the Notice of Change of Address filed by Mr. Simmons on April 15,

2008. See Docket Entry 2. Defendants did not receive written or electronic notice of Mr. Simmons' change of address.

Accordingly, on June 26, 2008, Defendants Kimberly Lorentz and the Government of Canada, by and through counsel, sent a copy of their Motion to Dismiss for Improper Service of Process to Mr. Simmons at his current listed address.

Dated: June 26, 2008

Respectfully submitted,

Campbell Killefer

Campbell Killefer (D.C. Bar #268433)
VENABLE LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-8196
(202) 344-8300 (facsimile)

*Counsel for the Government of Canada and its employee Kimberly Lorentz*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June, 2008, a true and complete copy of the foregoing was served via first-class mail, postage prepaid, on the following:

Alan Simmons
04778-082
F.C.I. Loretto
Federal Correctional Institution
P.O. Box 1000
Loretto, PA 15940

Kenneth Adebonojo
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20035

Campbell Killefer

Exhibit 1




VENABLE LLP

575 7th Street, NW
Washington, DC 20004-1601



Hasler

016H26513353
$01.17^0
06/12/2008
Mailed From 20004
US POSTAGE

Alan Simmons
04778-082
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954

Campbell
Killefer