UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN SIMMONS<br>PLAINTIFF<br><br>VS:<br><br>PAULA WOLFF, ET AL.<br>DEFENDANTS | CIVIL No. 1:08-CV-00511-JDB |

RECEIVED
JUL 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION OF AGREEMENT TO DISMISS DEFENDANT KIMBERLY LORENTZ

PLAINTIFF RAISES NO OBJECTION TO THE DISMISSAL OF KIMBERLY LORENTZ, TOGETHER WITH THE GOVERNMENT OF CANADA FROM PLAINTIFF'S COMPLAINT.

RESPECTFULLY SUBMITTED
*Alan Simmons*
ALAN SIMMONS - PRO SE
B.O.B. REG. No. 04778-082
F.C.I. LORETTO
P.O. BOX 1000
LORETTO, P.A. 15940

DATED JULY 7TH, 2008

PG. 1 OF 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 7TH DAY OF JULY 2008, A TRUE AND COMPLETE COPY OF THE FOREGOING WAS SERVED VIA FIRST CLASS MAIL, POSTAGE PREPAID, ON THE FOLLOWING:

    KENNETH ADEBONOJO
    U.S. ATTORNEY'S OFFICE
    555 FOURTH STREET, NW
    WASHINGTON, DC 20035

    AND:

    CAMPBELL KILLEFER
    VENABLE LLP
    575 SEVENTH STREET, NW
    WASHINGTON, DC 20004

*Alan Simmons*

ALAN SIMMONS - PRO SE
B.O.P. REG. NO. 04778-082
F.C.I. LORETTO