UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALAN SIMMONS
PLAINTIFF

Vs:

PAULA WOLFF, ET AL.
DEFENDANTS

CIVIL NO. 1:08-CV-00511-JDB

RECEIVED
JUL 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

#1  Now comes Plaintiff, Alan Simmons, appearing Pro-Se and moves this Court to appoint Plaintiff counsel, and in support of which would show the following:

#2  (a) Plaintiff is a Canadian citizen extradited to and convicted in the United States of America, and is unfamiliar with American policies, regulations, customs and laws.

#3  (b) Plaintiff is not a juror, and is only vaguely aware of technical legal proceedings and law.

#4  (c) This instant action involves complicated issues that

PAGE 1 OF 3

ARISE OUT OF BOTH FEDERAL AND STATE, AND INVOLVES COMPLEX AND TECHNICAL APPLICATIONS OF THE LAW AND RULES OF THE COURT.

#5 (d) APPOINTMENT OF COUNSEL WOULD IN NO WAY DISADVANTAGE ANY PARTY. IN FACT, IT WOULD PREVENT INACCURATE AND UNKNOWLEDGABLE FILINGS, WHICH TAKE UP TIME AND RESOURCES OF THE COURT, THE DEFENDANTS, AND THE PLAINTIFF.

#6 (e) IT IS IN THE INTEREST OF JUSTICE SO THAT ALL ISSUES ARE FULLY ARGUED, AND PLAINTIFF'S CLAIMS OF ACTION ARE FULLY REPRESENTED.

#7 (f) PLAINTIFF IS BEING HELD IN SEGREGATION WAITING TRANSFER TO A MEDIUM INSTITUTION, AND HAS NO ACCESS TO A PROPERLY STOCKED LAW LIBRARY CAN CITE NO CASE LAW, AND WILL NO DOUBT BE HELD THUS UNTIL THIS CLAIM IS DISMISSED.

#8 (g) PLAINTIFF IS NOT IN ANY POSITION (SEGREGATION) TO TRY TO FIND COUNSEL, NOR COULD AFFORD ONE.

#9 WHEREFORE, PLAINTIFF MOVES THIS COURT TO APPOINT COUNSEL IN THIS INSTANT ACTION.

DATED: JULY 7TH, 2008

RESPECTFULLY SUBMITTED
*Alan Simmons*
ALAN SIMMONS - PRO SE
B.O.P. REG. NO. 04778-082
F.C.I. LORETTO
P.O. BOX 1000, LORETTO, PA 15940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS DAY THE 7TH DAY OF JULY, 2008 A TRUE AND COMPLETE COPY OF THE FOREGOING WAS SERVED VIA FIRST CLASS MAIL, POSTAGE PREPAID, TO THE FOLLOWING:

KENNETH ADEBONOJO
U.S. ATTORNEY'S OFFICE
555 FOURTH STREET, NW
WASHINGTON, D.C. 20035

CAMPBELL KILLEFER
VENABLE LLP
575 SEVENTH STREET, NW
WASHINGTON, DC 20004

ALAN SIMMONS
*Alan Simmons*
B.O.P. REG. NO. 04778-082