UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALAN SIMMONS,

    Plaintiff,

        v.                                              Civil Action No. 08-511 (JDB)

PAULA WOLFF *et al.*,

    Defendants.

## ORDER

Plaintiff is a Canadian citizen serving a criminal sentence of imprisonment in the United States. He is proceeding *pro se* in this *Bivens* action. Before the Court is a motion to dismiss, plaintiff's response, and plaintiff's motion to appoint counsel. The motion to dismiss will be granted as unopposed and the motion to appoint counsel will be denied without prejudice.

Plaintiff sued, among others, Kimberly Lorentz, an employee of the Canadian Consulate General in Buffalo, New York, in both her individual and official capacities. The Canadian government, standing in the shoes of Ms. Lorentz in her official capacity, moved to dismiss the action against Lorentz for failure to effect proper service. In response, plaintiff filed a notice with the court stating that he had no objection to dismissing from this action the Canadian government and Ms. Lorentz. Accordingly, the motion to dismiss will be granted as unopposed.

Plaintiff also filed a motion for appointed counsel. A plaintiff in a civil case does not have an absolute constitutional or statutory right to court-appointed counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). Before the Court will consider whether to appoint counsel for plaintiff, the plaintiff must first file a motion to proceed *in forma pauperis* accompanied by a

statement filed under penalty of perjury that attests to his financial status. Plaintiff has not done so. Any appointment of counsel for a *pro se* plaintiff proceeding *in forma pauperis* will be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. Local Civil Rule 83.11(b)(3). Because two defendants have been dismissed and the remaining defendants have not appeared, the need for counsel is doubtful at this juncture. Accordingly, it is hereby

ORDERED that the motion [Dkt. 4] to dismiss filed by the government of Canada on behalf of Kimberly Lorentz is GRANTED as unopposed. Defendant Lorentz is dismissed from the case. It is

FURTHER ORDERED that plaintiff's motion [Dkt. 9] for a court-appointed attorney is DENIED WITHOUT PREJUDICE.

/s/
JOHN D. BATES
DATE: July 15, 2008            United States District Judge