UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAN SIMMONS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:08-cv-0511(JDB) |
| PAULA WOLFF, ET AL. | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' NOTICE TO THE COURT**[1]

Paula Wolff, Maureen Killian, Susan St. Claire and Lisa Kahm (collectively "Defendants"), in their official capacities, hereby notify the Court that it does not appear from PACER that Plaintiff has yet procured proper service on the United States or on the individual Defendants. Accordingly, pursuant to the Federal Rules of Civil Procedure, a response from Defendants is not yet due for filing.[2] In support of this notice, Defendants state the following:

1. Plaintiff filed his complaint on or about March 24, 2008.

2. Although summonses were issued for Defendants on the same date the complaint was filed, a review of PACER reveals that there is no indication that either the Attorney General or the individual Defendants have been properly served according to the Federal Rules of Civil Procedure.

---

[1] Defendants earlier moved for an enlargement of time before realizing that there was no evidence that service had been completed.

[2] By filing this notice, the individual federal defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit, and all such defenses are expressly preserved.

3.      Accordingly, Defendants submit that a response to Plaintiff's complaint is not yet due and a response will only be due sixty (60) days after proper service has been procured on Defendants under the rules.

August 4th, 2008                             Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify that I caused copies of the foregoing Defendants' Notice to the Court to be served by first class mail upon *pro se* plaintiff at:

ALAN SIMMONS,
Reg. No. 04778-082
F.C.I. Loretto
P.O. Box 1000
Loretto, Pa
15940

on this 4th day of August, 2008    /s/_____
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney