UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN SIMMONS,<br><br>      Plaintiff,<br><br>           v.<br><br>PAULA WOLFF *et al.,*<br><br>      Defendants. | Civil Action No.  08-511 (JDB) |

### ORDER TO SHOW CAUSE

Defendants have filed a notice stating that because there is no evidence on the record that defendants were properly served, an answer is not due.  Defendants do **not** assert that they were not served, properly or otherwise.  Thus, defendants have not established that an answer or other response is not past due.

If defendants were served with the summons and complaint, defendants are obligated to answer or otherwise respond to the complaint within a certain time frame.  *See* Fed. R. Civ. P. 12(a)(1)(A) (providing that a defendant "shall serve an answer [within the time specified by the rule or by law] after being served with the summons and complaint").  The defendants' obligation to serve an answer or otherwise respond to the complaint does not depend on proof of service being filed with the clerk of court.  The defendants' obligation to answer or otherwise respond also does not depend on proper service.  A defendant who contests service may do so by filing an appropriate defense under Rule 12(b).  Accordingly, it is hereby

ORDERED that defendants be, and hereby are, directed to show cause in writing by August 12, 2008, why they should not be considered in default for failing to respond timely to the

complaint.  In the alternative, this Order may be satisfied by filing an answer or otherwise responding to the complaint by the same deadline.

DATE:  August 5, 2008

/s/
JOHN D. BATES
United States District Judge