08-511 JDB
CV

ALAN SIMMONS

REG# 04778-082

INMATE FEDERAL BUREAU OF PRISONS

TO: CLERK OF THE COURT
U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE. N.W.
WASHINGTON, DC 20001

F.C.I. PETERSBURG MEDIUM
P.O. BOX 90043
PETERSBURG, VA 23804

NOTICE:                                Dated: 18 AUG 2008

TO WHOM IT MAY CONCERN:

TRANSFER STARTS ON THURS. 21st AUG. 2008.

Please be advised that in my position as a federal inmate that I was recently involuntarily transferred to another facility within said system, its address to be determined upon my arrival there.

And to facilitate communication in relation to the pending matter of: ALAN SIMMONS PLAINTIFF PRO-SE
vs.
PAULA WOLFF, ET AL DEFENDANTS

as involving your locale and correspondence thereto for same, that I have sent this advisement and notice of my change of address. Please use, affix and otherwise employ my new_address as listed above for all such related communications to this matter as they may occur from this date on. Formerly I was located at FCI Schuylkill POB 759 Minersville, Pa. 17954 USA. This address is no longer valid. Thanking you for your kind attention and compliance with this advisement, I remain ...

Most Respectfully Yours,

*Alan Simmons*

Alan Simmons   REG# 04778-082

RECEIVED
AUG 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT