UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALAN SIMMONS
PLAINTIFF
VS:
PAULA WOLFE, ET AL.
DEFENDENTS

CIVIL No. 1:08-CV-0511-JDB

RECEIVED
AUG 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF' NOTICE TO THE COURT

① PLAINTIFF, ON INSTRUCTIONS FROM THE COURT, AND IN ACCORDANCE WITH FEDERAL RULES OF CIVIL PROCEEDURE, DID SERVICE ON THE ATTORNEY GENERAL, U.S. ATTORNEY AND ALL DEFENDENTS BY CERTIFIED MAIL ON THE 3RD OF APRIL, 2008 (EXHIBIT ENCLOSED) AND SAID SERVICE WAS RECEIVED BY THE U.S. ATTORNEY ON 10TH APRIL, 2008, (RECEIPT ENCLOSED), BY THE U.S. ATTORNEY GENERAL AND ALL DEFENDENTS ON THE 7TH OF APRIL, 2008 (RECEIPTS ENCLOSED). THE RETURN RECEIPTS PLAINTIFF HAS IN HIS POSESSION. THIS

SHOULD SATISFY THE COURT AND DEFENDENTS THAT SAID SERVICE IS IN ACCORDANCE WITH CIVIL RULES OF PROCEEDURE. PLAINTIFF TRANSFER ON 21ST AUG. 2008

DATED: 18TH Aug 2008

RESPECT FULLY SUBMITTED

Alan Simmons

ALAN SIMMONS - PLAINTIFF-PRO-SE
B.O.P. REG. NO. 04778-082
F.C.I. LORETTO, P.O. BOX 1000
LORETTO, PA 15940

# CERTIFICATE OF SERVICE

I, ALAN SIMMONS, PLAINTIFF (PRO-SE) HEARBY CERTIFIES UNDER PENALTY OF PERJURY, 28 U.S.C § 1746, THAT I DID SERVE BY FIRST CLASS MAIL ONE TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR A SIXTY (60) DAY CONTINUANCE AND PLAINTIFF'S NOTICE TO COURT TO: KENETH ADEBONOJO
U.S. ATTORNEYS OFFICE
555 FORTH STREET, N.W
WASHINGTON, DC 20035

DATED: AUG 18TH, 2008

Alan Simmons
ALAN SIMMONS - PRO-SE
Alan Simmons
B.O.P. REG. NO. 04778-082
F.C.I. LORETTO - P.O. BOX 1000
LORETTO, PA. 15940

3 COPIES GREEN CARDS

EXHIBIT: Alan Simmons REG# 04778-082

[Images slightly reduced for clarity and convenience]

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
7007 0220 0001 7903 1427

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: KIMBERLY LORENTZ
Street, Apt. No.; or PO Box No.: 3000 HSBC CENTER
City, State, ZIP+4: BUFFALO, N.Y. 14208
PS Form 3800, August 2006 — See Reverse for Instructions

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
7007 0220 0001 7903 1366

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: U.S. ATTORNEY GENERAL D.O.J.
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE N.W
City, State, ZIP+4: WASHINGTON D.C. 20530
PS Form 3800, August 2006 — See Reverse for Instructions

**OFFICIAL USE**
7007 0220 0001 7903

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: SUSAN ST. CLAIRE D.OJ. N.W OEO
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE
City, State, ZIP+4: WASHINGTON, D.C. 20530
PS Form 3800, August 2006 — See Reverse for Instructions

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
7007 0220 0001 7903 1335

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: MAUREEN KIALIAN D.OJ
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE
City, State, ZIP+4: WASHINGTON D.C. 20530 N.W
PS Form 3800, August 2006 — See Reverse for Instructions

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
7007 0220 0001 7903 1359

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: LISA KAHM D.OJ-OEO N
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE
City, State, ZIP+4: WASHINGTON D.C. 2053[illegible]
PS Form 3800, August 2006 — See Reverse for Instructions

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
7007 0220 0001 7903 1410

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: PAULA WOLFF D.OJ-OEO,
Street, Apt. No.; or PO Box No.: 10TH & CONSTITUTION AVE NW
City, State, ZIP+4: WASHINGTON D.C. 20530
PS Form 3800, August 2006 — See Reverse for Instructions

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
7007 0220 0001 7903 1342

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here

Sent To: U.S. ATTORNEY
Street, Apt. No.; or PO Box No.: 555-4TH STREET, N.W
City, State, ZIP+4: WASHINGTON D.C. 20001
PS Form 3800, August 2006 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SUSAN ST. CLAIRE
D.O.J. - O.E.O.
JOHN C. KEENEY BLDG. 12TH FLOOR
10TH CONSTITUTION AVE NW
WASHINGTON. D.C. 20530

2. Article Number (Transfer from service label): 7007 0220 0001 7903 1328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): APR 07 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KIMBERLY LORENTZ
CANADA CONSULATE GENERAL
3000 HSBC CENTER
BUFFALO, N.Y. 14203

2. Article Number (Transfer from service label): 7007 0220 0001 7903 1427

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
CANADIAN CONSULATE GENERAL
CONSULAT GENERAL du CANADA
3000 HSBC CENTER
BUFFALO NY 14203-2884
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

BUFFALO, NY - ELLICOTT STA USPS

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
DEPT. OF JUSTICE
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C.
20530

2. Article Number (Transfer from service label): 7007 0220 0001 7903 1366

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): APR 07 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
~~☐ Registered~~ ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAULA WOLFF D.O.J.-O.E.O.
JOHN C. KEENEY BLDG.
12TH FLOOR
10TH CONSTITUTION AVE N.W.
WASHINGTON D.C. 20530

2. Article Number (Transfer from service label): 7007 0220 0001 7903 1410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): APR 07 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: D.OJ.-O.E.O.
MAUREEN KILLIAN
JOHN C. KEENEY BLDG 12 FLOOR
10TH CONSTITUTION AVE N.W.
WASHINGTON, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) APR 07 2008 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0220 0001 7903 1335

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: O.E.O
LISA KAHM D.O.J.
OFFICE OF ENFORCEMENT OPERATIONS
10TH & CONSTITUTION AVE N.W.
WASHINGTON, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agen[t] ☐ Addr[essee]

B. Received by (Printed Name) APR 07 2008 C. Date of De[livery] 04-07-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Mercha[ndise]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0220 0001 7903 1359

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-[M-1540]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. ATTORNEY
555-4TH STREET, N.W.
WASHINGTON, D.C.
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) APR 10 2008 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
~~Registered~~ ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0220 0001 7903 1342

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540