UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALAN SIMMONS

PLAINTIFF

VS:

PAULA WOLFF, ET AL

DEFENDANTS

CIVIL No. 1:08-CV-00511-JDB

RECEIVED

AUG 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR CONTINUANCE

1) . NOW COMES PLAINTIFF ALAN SIMMONS, PRO-SE, TO MOVE THIS COURT TO GRANT A SIXTY (60) DAY CONTINUANCE THAT IN NO WAY WILL DISADVANTAGE THE DEFENDANTS.

2) REASONS FOR SAID CONTINUANCE ARE NOW SET BEFORE THE COURT. FIVE (5) DAYS AFTER PLAINTIFF SERVED THE DEFENDANTS BY CERTIFIED MAIL, PLAINTIFF WAS SUDDENLY AND WITHOUT REQUEST BY PLAINTIFF, TRANSFERRED TO THE MOST OVERCROWDED, BARBARIC AND ILLEGAL LIVING CONDITIONS, AT F.C.I. LORETTO, PENNSYLVANIA, THAT THE BUREAU OF PRISONS COULD FIND FOR THE PLAINTIFF.

PAGE 1

## CERTIFICATE OF SERVICE

I, ALAN SIMMONS, PLAINTIFF (PRO-SE) HEARBY

CERTIFIES UNDER PENALTY OF PERJURY, 28 U.S.C § 1746,

THAT I DID SERVE BY FIRST CLASS MAIL ONE TRUE AND

CORRECT COPY OF THE FOREGOING MOTION FOR A SIXTY

(60) DAY CONTINUANCE TO: KENETH ADEBONOJO
                    AND              U.S. ATTORNEYS OFFICE
PLAINTIFF'S NOTICE TO COURT      555 FORTH STREET, N.W
                                 WASHINGTON, DC 20035

DATED: AUG 18TH, 2008            _Alan Simmons_
                                 ALAN SIMMONS - PRO-SE
                                 _Alan Simmons_
                                 B.O.P. REG. NO. 04778-082
                                 F.C.I. LORETTO - P.O. BOX 1000
                                 LORETTO, PA. 15940