UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-cv-0511(JDB) |
| PAULA WOLFF, ET AL. | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S DOCKET ENTRY 16**

Paula Wolff, Maureen Killian, Susan St. Claire and Lisa Kahm (collectively "Defendants"), in their official capacities, respectfully request an enlargement of time for Defendants to respond to Plaintiff's filings, Docket Entry 16 & 17. Defendants request to and including September 9, 2008. Good cause supports this request.

1. Defendants' response is currently due today, September 5, 2008.

2. Defendants have no objection to Plaintiff's Motion for an Enlargement. However, Defendants welcome an opportunity to respond to Plaintiff's Docket Entry 16.

3. The undersigned has made some inquiries from the mail room of the Department of Justice responsible for service upon the Attorney General of the United States but has not yet obtained responses to all inquiries.

4. Accordingly, the undersigned seeks this brief extension in order to obtain information pertinent to a response.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply to this motion.[1]

September 5, 2008                                   Respectfully submitted,

   /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to Respond to Plaintiff's Docket Entries 16 and 17 was served by first class mail upon *pro se* plaintiff at:

FCI Petersburg Medium
P.O. Box 90043
Petersburg, Va
23804

on this 5th day of September, 2008          \_\_\_\_\_/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney